DENNY and others, trustees, *vs.* THE MANHATTAN COMPANY.

Where an agent neglects to perform a duty, which his principal owes to third persons who are thereby injured, their remedy is against the principal and not the agent.

ERROR from the supreme court. The questions arose upon demurrer to the declaration. A report of the case before the court below, with the reasons of the court, is contained in 1 *Hill*, 115. The cause was argued here by

*S. A. Foot,* for the plaintiffs in error, and

*S. T. Staples & S. Stevens,* for the defendants in error.

The CHANCELLOR and Senators SPENCER, and VAN SCHOONHOVEN, delivered written opinions in favor of affirming the judgment of the supreme court, upon the ground upon which its decision was made.

On the question being put, "*Shall this judgment be reversed?*" the members of the court voted as follows:

*For affirmance:* The PRESIDENT, The CHANCELLOR, and Senators BACKUS, BARLOW, DENNISTON, JOHNSON, JONES, LOTT, PORTER, SANFORD, SPENCER, VAN SCHOONHOVEN—12.

*For reversal:* Senators HARD, S. SMITH—2.